FILED: November 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4798
(1:14-cr-00278-GBL-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

AMIR A. BAJOGHLI

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to expedite, the court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk